IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| CALVIN SMITH,<br><br>        Plaintiff,<br><br>    v.<br><br>SUNOCO GAS STATION, et al,<br><br>        Defendants. | CIVIL ACTION<br>NO. 13-5140 |

## ORDER

**AND NOW,** this   20th   day of November, 2013, having considered Plaintiff's Amended Complaint, it is hereby ORDERED that the Amended Complaint is DISMISSED without prejudice as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).  It is further ORDERED that this case shall remain closed for statistical purposes.

**BY THE COURT:**

/s/ **Jefrey L. Schmehl**
Jeffrey L. Schmehl, J.