IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

CALVIN SMITH,

    Plaintiff,

v.

SUNOCO GAS STATION, et al,

    Defendants.

CIVIL ACTION
NO. 13-5140

**ORDER**

**AND NOW,** this 20th day of November, 2013, having considered Plaintiff's Amended Complaint, it is hereby ORDERED that the Amended Complaint is DISMISSED without prejudice as legally frivolous pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii). It is further ORDERED that this case shall remain closed for statistical purposes.

                            **BY THE COURT:**

                            **/s/ Jeffrey L. Schmehl**
                            Jeffrey L. Schmehl, J.